FILED
GREGG COUNTY, TEXAS

DEC 22 2015

3:20 O'CLOCK M
BARBARA DUNCAN, DISTRICT CLERK
BY_____ DEPUTY

6th COURT OF APPEALS
TEXARKANA, TEXAS
12/23/2015 11:14:22 AM
DEBBIE AUTREY
Clerk

## CAUSE NO. 44,842-A

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **IN THE DISTRICT COURT** |
| | § | |
| **VS.** | § | **OF GREGG COUNTY, TEXAS** |
| | § | |
| **BENNIE RAY GREEN, JR.** | § | **188TH JUDICIAL DISTRICT** |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Today, this __22__ day of __December__, 20__15__, the Defendant, Bennie Ray Green, Jr.,

gives Notice of Appeal of his judgment of conviction and sentence in the above-styled cause to

the Court of Appeals of the State of Texas.

_____
Defendant

Respectfully submitted,

_____
Jeff T. Jackson
State Bar No. 24069976
736-A Hwy. 259 N.
Kilgore, TX 75662
Phone: (903) 654-3362
Fax:    (817) 887-4333
Email:  jefftjacksonlaw@gmail.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that I have hand-delivered a true and correct copy of the foregoing Motion to the Gregg County District Attorney's office at the address of such parties shown by the pleadings herein on this 22 day of December, 2015.

Respectfully submitted,

Jeff T. Jackson
Texas Bar No. 24069976
Attorney for Defendant